Ronald Howard BRODT,
Plaintiff—Appellant,

v.

State of MARYLAND; Harford County; Pam Arney, in her official and private capacity; Marika Krejci, in her official and private capacity, Defendants—Appellees.

No. 07–1185.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2007.

Decided: Aug. 14, 2007.

Ronald Howard Brodt, Appellant Pro Se. Cynthia G. Peltzman, Assistant Attorney General, Baltimore, Maryland; Carl N. Zacarias, Office of the Attorney General of Maryland, Baltimore, Maryland; Sean Patrick Carven, Karen June Kruger, Harford County Department of Law, Bel Air, Maryland, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Howard Brodt appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brodt v. Maryland,* No. 1:06–cv–02331–AMD (D.Md. Jan. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*